```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRI PARRA,

                Plaintiff,

-against-

SUMMIT HVAS MECHANICAL, INC., AND MICHAEL SHEA,

                Defendants.

ORDER OF DISMISSAL

17-cv-00152 (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

    For the reasons set forth on the record during the September 18, 2017 conference, Plaintiff's claims in this action have been dismissed with prejudice and without costs. The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

Dated: October 24, 2017
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1